■ In the Matter of the Claim of ALFRED LOWY, Respondent, v. AUTO BASEBALL, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal by the employer and its insurance carrier from a decision of the Workmen's Compensation Board, filed June 22, 1970. There was substantial evidence to sustain the board's finding that: "On the evidence that for the specific period from the beginning of March, 1968 to June 3, 1968 claimant performed strenuous work in getting the business in operational condition, working long hours without a day off, and that on June 2, 1968, while carrying a basket of balls, he experienced chest pains, continued at work with recurring pain, and on June 3, 1968, while cutting grass, he experienced a severe pain and visited Dr. Kramer, and these activities, viewed as a whole were strenuous and arduous." Decision affirmed, with costs to the Workmen's Compensation Board. Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.

■ In the Matter of the Claim of MICHAEL FRANKINO, Respondent, v. FEDDERS CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal by the employer and its insurance carrier from a decision of the Workmen's Compensation Board on the ground that there is no substantial evidence to support the board's finding of accidental injury. The board found "that claimant sustained an accidental injury within the meaning of the law on April 29, 1970 when he operated a press and had pain in his shoulder. The Board Panel finds that claimant's cervical condition is causally related to the accidental injury of April 29, 1970". There was substantial evidence to sustain the board's finding. Decision affirmed, with costs to the Workmen's Compensation Board. Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.